Lisa S. Kantor, Esq. State Bar No. 110678
 e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. - State Bar No. 199634
 e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
KATHERINE LINDELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| KATHERINE LINDELL,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | CASE NO: CV 101296 MMC<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>Complaint filed: 3/26/2010 |

IT IS HEREBY ORDERED, pursuant to the stipulation between the parties, the above entitled action is dismissed as to Defendant Anthem Blue Cross Life and Health Insurance Company. Plaintiff Katherine Lindell and Defendant Anthem Blue Cross Life and Health Insurance Company will each bear their own costs and attorneys' fees as between each other.

Dated: June 8, 2010

Honorable Maxine M. Chesney

1